UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| AHMAD WESTCOTT,<br><br>Plaintiff,<br><br>v.<br><br>THYSSENKRUPP ELEVATOR CORPORATION, et al.,<br><br>Defendants. | Case No. 18-cv-03314-SBA(LB)<br><br>**DISCOVERY ORDER** |

The district judge referred all discovery matters to the undersigned.[1] No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

---

[1] Order of Reference, ECF No. 45. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 18-cv-03314-SBA

**IT IS SO ORDERED.**

Dated: December 18, 2018

_____
LAUREL BEELER
United States Magistrate Judge